**25-60007-TP-LEIBOWITZ**

| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1128 1:18CR00048 - 001 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 25-60007-TP-LEIBOWITZ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Patrick O. Miller | Southern District of Alabama | Mobile |
| | NAME OF SENTENCING JUDGE | |
| | United States District Judge Kristi K. DuBose | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/30/2024 | TO 09/29/2027 |

FILED BY ___ AT ___ D.C.
Feb 5, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**OFFENSE**

Count 2: Using, Carrying, or Possessing a Firearm During or in Relation to a Crime of Violence, 18 U.S.C. § 924(c), and 18 U.S.C. § 924(c)(1)(A)(ii), a Class A Felony 7 years to life imprisonment/$250,000 fine/5 years SRT

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Patrick O. Miller was released in September 2024, to the Southern District of Florida, where he remains. He has no desire to return to the Southern District of Alabama.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___Alabama___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Southern District of Florida___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 15, 2025
*Date*

U.S. District Judge Kristi K. DuBose
Digitally signed by U.S. District Judge Kristi K. DuBose
Date: 2025.01.15 09:08:17 -06'00'
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___Florida___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4 February 2025
*Effective Date*

*United States District Judge*

1

Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
## SOUTHERN DISTRICT OF ALABAMA (Mobile)
## CRIMINAL DOCKET FOR CASE #: 1:18-cr-00048-KD-MU-1

Case title: USA v. Miller

Date Filed: 03/29/2018

Date Terminated: 11/25/2018

Assigned to: District Judge Kristi K. DuBose
Referred to: Magistrate Judge P. Bradley Murray

**Defendant (1)**

Patrick O. Miller
*Released*
*TERMINATED: 11/25/2018*

represented by  Gordon G. Armstrong , III
Gordon G. Armstrong III, P.C.
P. O. Box 1464
Mobile, AL 36633
251-434-6428
Fax: 251-434-6413
Email: gga3@arserv.com
Email: gga3@arserv.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Pending Counts**

USE, CARRY AND POSSESS A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE
(2)

**Disposition**

Imprisonment 83 months with recommendations to the BOP; (1) residential, comprehensive, substance abuse treatment program (2) to be incarcerated as close to North Carolina as possible; SRT 3 years, with special conditions (1) substance abuse testing & treatment and mental health treatment (2) model search condition. Restitution in the amount of $387.20 to Circle K Convenience Store; SA $100.00.

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**
INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (ROBBERY)

**Disposition**
Dismissed on gov't motion

(1)

## Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

USA        represented by    **Gina S. Vann**
DOJ-USAO
63 S. Royal St.
Suite 600
Mobile, AL 36602
251-415-7137
Email: Gina.vann@usdoj.gov
Email: Gina.vann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*
*Bar Status: Federal Government*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/29/2018 | 1 | INDICTMENT as to Patrick O. Miller (1) count(s) 1, 2. (Attachments: # 1 Penalty Page, # 2 Signed Indictment) (eec) (Entered: 03/30/2018) |
| 04/04/2018 | 3 | NOTICE OF ATTORNEY APPEARANCE: Gordon G. Armstrong, III appearing for Patrick O. Miller (Armstrong, Gordon) (Entered: 04/04/2018) |
| 04/04/2018 | 4 | NOTICE OF Arraignment as to Patrick O. Miller Arraignment set for 4/11/2018 02:00 PM in US Courthouse, Courtroom 3B, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Katherine P. Nelson. (srr) (Entered: 04/04/2018) |
| 04/11/2018 | 5 | Warrant Returned Executed on 04/11/2018 as to Patrick O. Miller. (nah) (Entered: 04/11/2018) |
| 04/11/2018 | | Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson:Initial Appearance as to Patrick O. Miller held on 4/11/2018., Arraignment as to Patrick O. Miller (1) Count 1,2 held on 4/11/2018 DCR Digital Audio Recording. (srr) (Entered: 04/11/2018) |
| 04/12/2018 | 7 | Order on Initial Appearance as to Patrick O. Miller. Defendant informed of rights. Defendant released on conditions. Signed by Magistrate Judge Katherine P. Nelson on 4/11/18. (srr) (Entered: 04/12/2018) |
| 04/12/2018 | 8 | Order on Arraignment as to Patrick O. Miller (1) Count 1,2 Jury Selection set for 6/4/2018 08:45AM. Pretrial Motions due by 4/25/2018. Probation Officers Report due 4/25/2018. Certification of Guideline Calculations due 5/4/2018. Pretrial Conference set for 5/8/2018 09:00 AM in US Courthouse, Courtroom 3B, 113 St. Joseph Street, Mobile, AL 36602 |

| | | |
|---|---|---|
| | | before Magistrate Judge Katherine P. Nelson. Signed by Magistrate Judge Katherine P. Nelson on 4/11/18. (srr) (Entered: 04/12/2018) |
| 05/07/2018 | 12 | MOTION to Continue in Interest of Justice by Patrick O. Miller. (Armstrong, Gordon) (Entered: 05/07/2018) |
| 05/08/2018 | | REFERRAL OF 12 MOTION to Continue in Interest of Justice as to Patrick O. Miller to Judge Katherine P. Nelson. (mcb) (Entered: 05/08/2018) |
| 05/08/2018 | | Minute Entry for proceedings held before Magistrate Judge Katherine P. Nelson:Pretrial Conference as to Patrick O. Miller held on 5/8/2018 DCR Digital Audio Recording. (srr) (Entered: 05/08/2018) |
| 05/10/2018 | 14 | Order on Pretrial Conference as to Patrick O. Miller. The motion to continue is granted and this case is hereby CONTINUED to the July 2018 criminal term. This continuance is contingent on Defendant filing a Waiver of Speedy Trial on or before May 18, 2018. The Clerk is directed to refer this matter to Magistrate Judge Sonja Bivins to set a pretrial conference in June 2018. Signed by Magistrate Judge Katherine P. Nelson on 5/10/2018. (mcb)<br><br>**Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here.** (Entered: 05/10/2018) |
| 05/21/2018 | 15 | ORDER as to Patrick O. Miller re 14 Order on Pretrial Conference **(Pretrial Conference set for 6/12/2018 10:30 AM in US Courthouse, Courtroom 1A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins.)**. Signed by Magistrate Judge Sonja F. Bivins on 5/21/18. (mpp) (Entered: 05/21/2018) |
| 06/11/2018 | 16 | MOTION to Continue in Interest of Justice by Patrick O. Miller. (Armstrong, Gordon) (Entered: 06/11/2018) |
| 06/12/2018 | | REFERRAL OF 16 MOTION to Continue in Interest of Justice as to Patrick O. Miller to Judge Sonja F. Bivins. (mcb) (Entered: 06/12/2018) |
| 06/12/2018 | | Minute Entry for proceedings held before Magistrate Judge Sonja F. Bivins:Pretrial Conference as to Patrick O. Miller held on 6/12/2018 - Case to be continued - Order to follow. DCR Digital Audio Recording. (mpp) (Entered: 06/12/2018) |
| 06/12/2018 | 18 | Order on Pretrial Conference as to Patrick O. Miller. Defendant's motion to continue is GRANTED. This case is hereby continued to the August 2018 criminal term, with Jury Selection set for 7/30/2018. Counsel for Defendant shall file, on or before 6/19/2018, a Speedy Trial Waiver. The Clerk is directed to refer this case to Magistrate Judge Murray for the scheduling of a pretrial conference. Signed by Magistrate Judge Sonja F. Bivins on 06/12/2018. (nah)<br><br>**Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here.** (Entered: 06/13/2018) |
| 06/19/2018 | 19 | ORDER as to Patrick O. Miller re 18 Order on Pretrial Conference, ( Pretrial Conference set for 7/17/2018 09:00 AM in US Courthouse, Courtroom 3-A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge P. Bradley Murray.). Signed by Magistrate Judge P. Bradley Murray on 6/19/2018. Emailed to AUSA, USA, USM, Prob (eec) (Entered: 06/19/2018) |
| 07/17/2018 | | Minute Entry for proceedings held before Magistrate Judge P. Bradley Murray: Pretrial Conference as to Patrick O. Miller held on 7/17/2018. Digital Court Recording. (eec) |

| | | |
|---|---|---|
| | | (Entered: 07/17/2018) |
| 07/17/2018 | 21 | ORDER as to Patrick O. Miller, ( Supplemental Pretrial Conference set for 7/20/2018 10:00 AM in US Courthouse, Courtroom 3A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge P. Bradley Murray.) The U.S. Marshal is directed to produce the Defendant for the hearing. Signed by Magistrate Judge P. Bradley Murray on 7/17/2018. Emailed to USA, USM, Prob, Deft's counsel (eec) (Entered: 07/17/2018) |
| 07/19/2018 | 22 | Notice of Intent to Plead Guilty to Count(s) Two as to Patrick O. Miller (Armstrong, Gordon) (Entered: 07/19/2018) |
| 07/19/2018 | | REFERRAL OF 22 Notice of Intent to Plead Guilty as to Patrick O. Miller to Judge P. Bradley Murray (mcb) (Entered: 07/19/2018) |
| 07/19/2018 | 23 | ORDER as to Patrick O. Miller re 22 Notice of Intent to Plead Guilty, ( Change of Plea Hearing set for 7/24/2018 01:30 PM in US Courthouse, Courtroom 5A, 155 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge Sonja F. Bivins.). Signed by Magistrate Judge P. Bradley Murray on 7/19/2018. Emailed to AUSA USM, Prob, Deft's counsel (Attachments: # 1 Consent) (eec) (Entered: 07/19/2018) |
| 07/24/2018 | 25 | PLEA AGREEMENT as to Patrick O. Miller With Factual Resume (Armstrong, Gordon) (Entered: 07/24/2018) |
| 07/24/2018 | | REFERRAL OF 25 Plea Agreement as to Patrick O. Miller to Judge Sonja F. Bivins (mcb) (Entered: 07/24/2018) |
| 07/24/2018 | 26 | Order on Guilty Plea & Minute Entry entered as to Patrick O. Miller (1) Guilty as to Count 2 charging the offense of 18:924(c) - Use, carry, and possess a firearm during and in relation to a crime of violence. Defense Counsel Gordon Armstrong. Government Counsel Gina Vann. Guilty plea is accepted for entry of Report and Recommendation to the District Judge. The plea agreement was written. The maximum penalties are Min. Mand. 7 yrs to LIFE CONSECUTIVE; $250,000; SRT 3 yrs; SA $100. Pending sentencing Defendant shall remain on conditions of release. Court Reporter Melanie Wilkins. **This is a text only order**. Sentencing set for 11/9/2018 at 10:00 AM in US Courthouse, Courtroom 4B, 155 St. Joseph Street, Mobile, AL 36602 before Chief Judge Kristi K. DuBose. Presentence Investigation Report due 10/5/2018. On or before 10/26/2018 the parties shall each file a Position with Respect to Sentencing Factors in accordance with Criminal Local Rule 32(B)(4). In the event that the parties chose to file a Sentencing Memorandum, it shall be due seven (7) days prior to the date of sentencing. In the event that the parties decide to file a Motion to Continue Sentencing, the motion shall be due four (4) days prior to the date of sentencing. Signed by Magistrate Judge Sonja F. Bivins on 7/24/18. **PLEASE NOTE CHANGE OF SENTENCING DATE AND TIME** (mpp) (Entered: 07/26/2018) |
| 07/26/2018 | 27 | CONSENT TO proceed before a Magistrate Judge for a Guilty Plea as to Patrick O. Miller filed in open court 7/24/18. (mpp) (Entered: 07/26/2018) |
| 07/31/2018 | 28 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Patrick O. Miller re 26 Order on Guilty Plea & Minute Entry. Objections to R&R due by 8/14/2018. Signed by Magistrate Judge Sonja F. Bivins on 7/31/18. (mpp) Copies to counsel,USPO (Entered: 07/31/2018) |
| 08/17/2018 | 29 | ORDER ADOPTING REPORT AND RECOMMENDATIONS on acceptance of guilty plea and adjudication of Guilt as to Patrick O. Miller. Signed by Chief Judge Kristi K. DuBose on 08/17/2018. (nah) (Entered: 08/17/2018) |
| 10/16/2018 | 31 | Unopposed MOTION to Postpone Sentencing by Patrick O. Miller. (Armstrong, Gordon) (Entered: 10/16/2018) |

| 10/16/2018 | 32 | ENDORSED ORDER granting 31 Motion to Postpone Sentencing as to Patrick O. Miller. Sentencing RESET (TIME CHANGE ONLY) for 11/9/2018 01:00 PM in US Courthouse, Courtroom 4B, 155 St. Joseph Street, Mobile, AL 36602 before Chief Judge Kristi K. DuBose. Signed by Chief Judge Kristi K. DuBose on 10/16/2018. (mcb) (Entered: 10/16/2018) |
|---|---|---|
| 11/05/2018 | 36 | SENTENCING MEMORANDUM by Patrick O. Miller (Armstrong, Gordon) (Entered: 11/05/2018) |
| 11/09/2018 | | Minute Entry for proceedings held before Chief Judge Kristi K. DuBose:Sentencing held on 11/9/2018 for Patrick O. Miller. Imprisonment 83 months as to Count 2 with recommendations to the BOP; (1) residential, comprehensive, substance abuse treatment program (2) to be incarcerated as close to North Carolina as possible; SRT 3 years, with special conditions (1) substance abuse testing & treatment and mental health treatment (2) model search condition (3) Restitution owed in the amount of $387.20 to Circle K Convenience Store; SA $100.00. The defendant was remanded to the custody of the U.S. Marshal. Court Reporter Melanie Wilkins. (mcb) (Entered: 11/14/2018) |
| 11/25/2018 | 38 | JUDGMENT as to Patrick O. Miller. Imprisonment 83 months as to Count 2 with recommendations to the BOP; (1) residential, comprehensive, substance abuse treatment and mental health treatment (2) to be incarcerated as close to North Carolina as possible; SRT 3 years, with special conditions (1) substance abuse testing & treatment and mental health treatment (2) model search condition. Restitution in the amount of $387.20 to Circle K Convenience Store; SA $100.00. Count 1, Dismissed on gov't motion. The defendant was remanded to the custody of the U.S. Marshal. Signed by Chief Judge Kristi K. DuBose on 11/21/2018. (mcb) (Entered: 11/25/2018) |
| 07/29/2019 | 40 | LETTER to Clerk requesting copy of docket sheet as to Patrick O. Miller. (skb) Copy of docket sheet mailed to Defendant. (Entered: 07/29/2019) |

FILED IN OPEN COURT

MAR 29 2018

CHARLES R. DIARD, JR.
CLERK

GSV

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 18-00048-KD |
| | * | USAO NO. 18R00013 |
| v. | * | |
| | * | VIOLATIONS: 18 USC § 1951(a) |
| PATRICK O. MILLER | * | 18 USC § 924(c) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

1. At all times material to this Indictment, Circle K Convenience Store, located at 6490 Old Spanish Fort Trail, Spanish Fort Alabama 36527, was a business engaged in interstate commerce, and was conducting business in an industry that affects interstate commerce.

2. On or about December 25, 2017, in the Southern District of Alabama, Southern Division the defendant,

**PATRICK O. MILLER**

did unlawfully obstruct, delay and affect, and did attempt to obstruct, delay, and affect, commerce and the movement of articles and commodities in such commerce, by robbery, in that the defendant, **PATRICK O. MILLER**, did unlawfully take and obtain property consisting of approximately $387.20 currency from Circle K Convenience Store, located at 6490 Old Spanish Fort Trail, Spanish Fort Alabama 36527, and in the presence of an individual identified herein as M. S., who was an employee of Circle K and whose name is known to the Grand Jury, against his/her will, by means of actual and threatened force, violence, and fear of injury to the person of said employee.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

On or about December 25, 2017, in the Southern District of Alabama, Southern Division, the defendant,

### PATRICK O. MILLER

in furtherance of interference with commerce by threats or violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery, as described in Count One of this Indictment, did knowingly use, carry, brandish and possess in furtherance of such crime, a firearm.

In violation of Title 18, United States Code, Section 924(c).

A TRUE BILL

_____
FOREMAN UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:

_____
GINA S. VANN
Assistant United States Attorney

_____
VICKI M. DAVIS
Assistant United States Attorney
Chief, Criminal Division

MARCH 2018

## PENALTY PAGE

**CASE STYLE:**   UNITED STATES v. PATRICK O. MILLER

**DEFENDANT:**   PATRICK O. MILLER (ALL COUNTS)

**USAO NO.**   18R00013

**AUSA:**   Gina S. Vann

**CODE VIOLATIONS:**

**COUNT 1:**   18 USC § 1951(a), Interference with Commerce by Threats or Violence (Robbery)

**COUNT 2:**   18 USC § 924(c), Use, Carry and Possess a Firearm During and in Relation to a Crime of Violence

**PENALTIES:**

**COUNT 1:**   20yrs/$250,000/3yrs SRT/$100 SA

**COUNT 2:**   MINIMUM MANDATORY   7yrs (to life) CONSECUTIVE/$250,000/3 yrs SRT/$100 SA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA   PACTS #4719163

| | |
|---|---|
| UNITED STATES OF AMERICA | § **JUDGMENT IN A CRIMINAL CASE** |
| | § |
| v. | § |
| | § Case Number: **1:18-CR-00048-KD-MU(1)** |
| **PATRICK O. MILLER** | § USM Number: **17175-003** |
| | § **Gordon G. Armstrong, III** |
| | § Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  **2 of the Indictment on 7/24/2018.**
☐ pleaded nolo contendere to count(s)     which was accepted by the court
☐ was found guilty on count(s)     after a plea of not guilty

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:924C.F Use, Carry and Possess A Firearm During and In Relation To A Crime Of Violence | 12/25/2017 | 2 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☒ Count(s) 1 ☒ is  ☐ are **dismissed on the motion of the United States**

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**November 9, 2018**
Date of Imposition of Judgment

**s/Kristi K. DuBose**
Signature of Judge

**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**November 21, 2018**
Date

AO 245B (ALSD 01/16) Judgment in a Criminal Case

Judgment -- Page 2 of 7

DEFENDANT: PATRICK O. MILLER
CASE NUMBER: 1:18-CR-00048-KD-MU(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**83 months as to Count Two; said term is not a departure or variance, but an adjustment pursuant to U.S.S.G. Section 5G1.3.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**Defendant be allowed to participate in residential, comprehensive, substance abuse treatment and mental health treatment, both while incarcerated; and that he be incarcerated as close as possible to his family in North Carolina.**

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (ALSD 01/16) Judgment in a Criminal Case                                                                    Judgment -- Page 3 of 7

DEFENDANT:         PATRICK O. MILLER
CASE NUMBER:       1:18-CR-00048-KD-MU(1)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **three (3) years.**

☒     Special Conditions:

1) the defendant shall submit to periodic urine surveillance and/or breath, saliva and skin tests for the detection of drug abuse as directed by the probation officer. The defendant may incur costs associated with such detection efforts, based upon ability to pay as determined by the probation officer.

2) the defendant shall participate in an assessment or a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to such drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant may incur costs associated with such drug/alcohol detection and treatment, based upon the ability to pay, as determined by the probation officer.

3) the defendant shall participate in a mental health evaluation and comply with any treatment consistent with the findings of said evaluation, as directed by the Probation Office.

4) the defendant shall make restitution to the Circle K Convenience Store, 6490 Old Spanish Fort Trail, Spanish Fort, Alabama 36527, in the total amount of $387.20. Restitution is due immediately and payable in full, and is to be paid through the Clerk, U.S. District Court. If full restitution is not immediately paid, any amount owing during a period of incarceration shall be subject to payment through the Bureau of Prison's Inmate Financial Responsibility Program. In the event that the defendant is not eligible for the Bureau of Prison's Inmate Financial Responsibility Program, the defendant is ordered to make minimum monthly payments of $25 while incarcerated. The Probation Office shall pursue collection of any balance remaining at the time of release, in installments to commence no later than 30 days after the date of release. If restitution is to be paid in installments, the Court orders that the defendant make at least minimum monthly payments in the amount of $50; and, further orders that interest shall not accrue on this indebtedness. The defendant is ordered to notify the Court of any material change in the defendant's ability to pay restitution; the Probation Office shall request the Court to amend any payment schedule, if appropriate.

5) the defendant is prohibited from making major purchases, incurring new credit charges or opening additional lines of credit without approval of the Probation Office, until such time as the financial obligations imposed by this order have been satisfied in full.

6) the defendant shall provide the Probation Office access to any requested financial information.

7) the defendant shall submit his person, house, residence, vehicle(s), papers, [computers (as defined by 18 U.S.C. Section 1030(e)(1)) or other electronic communications or data storage devices of media], business or place of employment, and any other property under the defendant's control to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search in accordance with this condition may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

**No fine was imposed, as the defendant is unable to pay. A $100 special monetary assessment was imposed.**

AO 245B (ALSD 01/16) Judgment in a Criminal Case                                        Judgment -- Page 4 of 7

DEFENDANT:        PATRICK O. MILLER
CASE NUMBER:      1:18-CR-00048-KD-MU(1)

**For offenses committed on or after September 13, 1994**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*
☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. *(Check, if applicable.)*
☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*
☒ **The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.** *(Check, if applicable.)*

If this judgment imposes a fine or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court.**
**The defendant shall also comply with the additional conditions on the attached page.**

AO 245B (ALSD 01/16) Judgment in a Criminal Case                                      Judgment -- Page 5 of 7

DEFENDANT:        PATRICK O. MILLER
CASE NUMBER:      1:18-CR-00048-KD-MU(1)

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11. the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14. the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____          _____
         Defendant                                 Date


         _____          _____
         U.S. Probation Officer/Designated Witness   Date

AO 245B (ALSD 01/16) Judgment in a Criminal Case                                             Judgment -- Page 6 of 7

DEFENDANT:        PATRICK O. MILLER
CASE NUMBER:      1:18-CR-00048-KD-MU(1)

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Page 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| **TOTALS** | $100.00    | $.00     | $387.20         |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ **The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.**

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. (or see attached). However, pursuant to 18 U.S.C. § 3644(i), all non-federal victims must be paid in full prior to the United States receiving payment.

**Restitution of $387.20 to:**

**CIRCLE K CONVENIENCE STORE** (see page 2 – supervised release (special conditions))

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____
☐ The defendant must pay interest on any fine or restitution of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Page 6 may be subject to penalties for default, pursuant to 18 U.S.C. § 3612(g).
☒ **The court determined that the defendant does not have the ability to pay interest and it is ordered that:**
    ☒ the interest requirement is waived for the    ☐ fine    ☒ restitution
    ☐ the interest requirement for the              ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (ALSD 01/16) Judgment in a Criminal Case                                            Judgment -- Page 7 of 7

DEFENDANT:      PATRICK O. MILLER
CASE NUMBER:  1:18-CR-00048-KD-MU(1)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☒ Lump sum payment of $100.00 (Special Assessment), $387.20 (Restitution) due immediately, balance due not later than _____, **OR**

    ☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
    **It is ordered that the Defendant shall pay to the United States a special assessment of $100.00 for Count 2, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    ☐ Defendant shall receive credit on his restitution obligation for recovery from other defendants who contributed to the same loss that gave rise to defendant's restitution obligation.

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):
☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.